UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE TAVARES, on behalf of herself and similarly situated class members,<br><br>Plaintiff,<br><br>v.<br><br>GOLDSMITH & HULL A.P.C., et al.,<br><br>Defendants. | Case No.: 19cv1630-MMA-LL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 10]** |

On November 27, 2019, the Parties filed a "Joint Motion to Continue Early Neutral Evaluation (ENE) Conference." ECF No. 10. The Parties seek to continue the deadlines for the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") currently scheduled for January 9, 2020 at 9:30 a.m. Id. at 1. In support, Plaintiff cites to pre-paid international travel that she is undertaking for business purposes. Id. at 1-2. Specifically, Plaintiff states she will be traveling internationally on December 13, 2019 and is not scheduled to return until January 8, 2020. Id. at 1-2. Plaintiff therefore requests additional time given the length of time she will flying and to adjust to the time difference after traveling internationally. Id. at 2.

Good cause shown, the Parties' request is **GRANTED**. The ENE and CMC originally scheduled for January 9, 2020 at 9:30 a.m. is hereby **RESET** to <u>**January 17, 2020**</u> at **<u>9:30 a.m.</u>**

All other guidelines and requirements remain in effect. <u>See</u> ECF No. 9.

**IT IS SO ORDERED.**

Dated: December 2, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge