UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE TAVARES, on behalf of herself and similarly situated class members,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOLDSMITH & HULL A.P.C., et al.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19cv1630-MMA-LL<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

In a notice of settlement dated January 10, 2020, Plaintiff informed the Court that a settlement has been reached. ECF No. 13 at 2. Specifically, Plaintiff states the case "has been settled in its entirety" and Plaintiff "anticipates filing a Request for Dismissal . . . within sixty days." Id.

The Court notes that this case was filed as a putative class action lawsuit. See ECF No. 1. However, from Plaintiff's Notice of Settlement, the Court is unclear as to whether: (1) the Parties have reached a settlement on Plaintiff's individual claims and will submit a joint motion to dismiss Plaintiff's individual claims with prejudice and the putative class claims without prejudice; or (2) whether the Parties are seeking to file a motion for preliminary approval of a class action settlement. For these reasons, the Parties are directed to file an Amended Notice of Settlement by **January 21, 2020** that clarifies the

1

scope of the Parties' settlement.

**IT IS SO ORDERED.**

Dated: January 17, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge