UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE TAVARES,<br><br>                     Plaintiff,<br><br>v.<br><br>GOLDSMITH & HULL A.P.C., et al.,<br><br>                    Defendants. | Case No.: 19cv1630-MMA-LL<br><br>**ORDER CONVERTING SETTLEMENT DISPOSITION CONFERENCE TO BE TELEPHONIC AND RESETTING TIME** |

      On March 24, 2020, Chambers held a telephonic Settlement Disposition Conference ("SDC"). ECF No. 20. Based on the Parties' representations during the conference, the Court continued the deadline for the Parties to file a Joint Motion for Dismissal and set an in-person Settlement Disposition Conference for April 23, 2020 at 9:30 a.m. in Courtroom 2B. ECF No. 21. Due to public health concerns and pursuant to Chief Judge Burns' Orders [ "CJO #18" and "CJO #24"], the Court **CONVERTS** the SDC into a telephonic conference before Judge Lopez for all attendees and **RESETS** the time to **April 23, 2020** at **1:30 p.m**.

      To facilitate the telephonic format of this conference, the Court hereby **ORDERS** as follows:

///

1. The Parties will lodge a Joint Status Report regarding the status of the Parties' settlement directly to the chambers of the Honorable Linda Lopez by **April 22, 2020** at **12:00 p.m.** The Joint Status Report should be e-mailed to efile_Lopez@casd.uscourts.gov and **should not exceed five pages in length.**

2. All required attendees will call the chambers teleconference line at the appointed date and time using the previously provided phone number and access code. See ECF No. 18.

All other requirements remain as set. See ECF No. 21. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 20, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge