UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE TAVARES,<br><br>                        Plaintiff,<br><br>v.<br><br>GOLDSMITH & HULL A.P.C., and CENTRAL VETERINARY ASSOCIATES, P.C.,<br><br>                        Defendants. | Case No. 19-cv-1630-MMA (LL)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 25] |

    The parties filed a joint motion to dismiss the action with prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 25. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice** as to the named Plaintiff and **without prejudice** as to the putative class. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

    **IT IS SO ORDERED**.

Dated: May 4, 2020

HON. MICHAEL M. ANELLO
United States District Judge

1

19-cv-1630-MMA (LL)